1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                        * * *

7
    ANDRE D. BOSTON,                          )
8                                             )
                                              )          2:95-cv-00254-PMP-CWH
9                        Petitioner,          )
    vs.                                       )
10                                            )                **ORDER**
                                              )
11  ROE, et al.,                              )
                                              )
12                                            )
                         Respondents.         )
13  _____)

14

15          For the reasons set forth in Respondents' Opposition (Doc. #53),

16          **IT IS ORDERED** that Petitioner Boston's Motion to Reopen (Doc. #52) is

17  **DENIED**.

18  DATED: April 3, 2014.

19

20

21                                            _____
                                              PHILIP M. PRO
22                                            United States District Judge

23

24

25

26